Royal F. Oakes (80480), roakes@bargerwolen.com
Richard B. Hopkins, II (190108), rhopkins@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

*E-FILED - 8/11/09*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PELOSI HARRINGTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and, DOES 1 through 20, inclusive,<br><br>          Defendants. | CASE NO.:  C 09-02936 RMW<br><br>[] ORDER DISMISSING PLAINTIFF'S THIRD CAUSE OF ACTION AND TAKING OFF CALENDAR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S MOTION TO DISMISS<br><br>Hon. Ronald M. Whyte<br><br>Date: August 21, 2009<br>Time: 9:00 a.m.<br>San Jose, Courtroom 6, 4th Floor<br><br>[Filed Concurrently with Stipulation Regarding Dismissal of Plaintiff's Third Cause of Action] |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office7\7197\259\09pleadings\proposed order dismissing third cause of action.doc -1-

Pursuant to the stipulation of the parties, filed concurrently herewith, the Third Cause of Action asserted in Plaintiff Diane Pelosi Harrington's ("Harrington") Complaint is dismissed.  Based on this stipulation, the motion to dismiss filed by Defendant Metropolitan Life Insurance Company ("MetLife"), which is set for hearing in Courtroom 6 on August 21, 2009, is hereby taken off-calendar.

MetLife shall file its answer to the remaining cause of action in the Complaint by no later than August 10, 2009.

IT IS SO ORDERED:

DATED:  __ 8/11/09 _____

*Ronald M. Whyte*

District Court Judge