1  **ROBOOSTOFF & KALKIN**
   Constantin V. Roboostoff (SBN 69328)
2  cvr1@earthlink.net
   369 Pine Street, Suite 820
3  San Francisco, CA 94104
   Telephone (415) 732-0282
4  Facsimile (415) 732-0287

5  Attorneys for plaintiff Diane Pelosi Harrington          ***E-FILED - 6/23/10***

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE PELOSI HARRINGTON, | Case No. C 09-02936 RMW |
| Plaintiff, | |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P.41(1)** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own fees and costs.

//
//
//
//

Stipulation Of Dismissal
Case No. C 09-02936 RMW
                                    1

1   The parties seek the Court's approval of dismissal of this action with prejudice, through
2   the order listed *infra*.

3   ROBOOSTOFF & KALKIN

5   Dated: June 22, 2010          By: /s/
6                                     Constantin V. Roboostoff
                                      Attorneys for Plaintiff

7   BARGER & WOLEN LLP

9   Dated: June 22, 2010          By: /s/
10                                    Royal F. Oakes
                                      Attorneys for Defendants

12  **IT IS SO ORDERED.**

14  Dated: 6/23/10

                                  *Ronald M. Whyte*
                                  ──────────────────
                                  The Honorable Ronald M. Whyte
                                  United States District Judge

Stipulation Of Dismissal
Case No. C 09-02936 RMW

2